United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00876-HWV
David Gilbert Sutton  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin      Page 1 of 3
Date Rcvd: Jul 26, 2021      Form ID: 318      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Gilbert Sutton, 224 B Street, Carlisle, PA 17013-1823 |
| 5404564 | + | First National Bank of Pennsylvania, 3320 E. State Street, Hermitage, PA 16148-3399 |
| 5404566 | + | Franklin Collection Service, Inc., P.O. Box 3910, Tupelo, MS 38803-3910 |
| 5404571 | + | MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 5404569 | + | Members 1st FCU-VISA, Member Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 5404570 | + | Monarch Recovery Mgmt., Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020-2059 |
| 5404572 | + | My Eye Dr., P.O. Box 791551, Baltimore, MD 21279-1551 |
| 5404576 | + | Progressive Specialty Insurance Co., 6300 Wilson Mills Rd., Cleveland, OH 44143-2182 |
| 5404577 | + | Recievables Performance Mgmt., 20818 44th Ave. W., Suite 140, Lynnwood, WA 98036-7709 |
| 5404579 | + | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 5404582 | + | Weltman, Weinberg & Reis, LPA, 436 Seventh Ave., Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jul 26 2021 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5404555 | + | EDI: CITICORP.COM | Jul 26 2021 22:48:00 | Best Buy Credit Services, Retail Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 5404560 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 26 2021 18:42:00 | Credit Corp Solutions, Inc., 121 W. Election Road, Suite 200, Draper, UT 84020 |
| 5404556 | + | Email/Text: mediamanagers@clientservices.com | Jul 26 2021 18:42:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 5404557 | + | EDI: COMCASTCBLCENT | Jul 26 2021 22:48:00 | Comcast, Attn: Bankruptcy Dept., 1701 JFK Blvd., Philadelphia, PA 19103-2899 |
| 5404558 | + | EDI: WFNNB.COM | Jul 26 2021 22:48:00 | Comenity Bank/Victoria's Secret, Attn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 5404559 | + | EDI: CCS.COM | Jul 26 2021 22:48:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5404561 | | EDI: DIRECTV.COM | Jul 26 2021 22:48:00 | DirecTv, P.O. Box 6550, Greenwood Village, CO 80155 |
| 5404562 | | EDI: DISCOVER.COM | Jul 26 2021 22:48:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 5404563 | | EDI: DISCOVER.COM | Jul 26 2021 22:48:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 5404565 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 26 2021 18:42:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5404567 | + | Email/Text: bknotices@mbandw.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Jul 26 2021 18:42:00 | McCarthy, Burgess & Wolff, The MB&W Building, 26000 Cannon Rd., Cleveland, OH 44146-1807 |
| 5404568 | + | Email/Text: unger@members1st.org | Jul 26 2021 18:42:00 | Members 1st FCU, P.O. Box 40, Mechanicsburg, PA 17055-0040 |
| 5404573 | | EDI: PRA.COM | Jul 26 2021 22:48:00 | Portfolio Recovery Assoc., 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 5404574 | | EDI: PRA.COM | Jul 26 2021 22:48:00 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 5404578 | + | EDI: SWCR.COM | Jul 26 2021 22:48:00 | Southwest Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 5404801 | + | EDI: RMSC.COM | Jul 26 2021 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5404580 | + | EDI: VERIZONCOMB.COM | Jul 26 2021 22:48:00 | Verizon Wireless Southeast, P.O. Box 26055, Nat'l Recovery Dept., M.S. 400, Minneapolis, MN 55426-0055 |
| 5404581 | + | Email/Text: BKRMailOps@weltman.com | Jul 26 2021 18:42:00 | Weltman, Weinberg & Reis, LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5404583 | + | EDI: COMCASTCBLCENT | Jul 26 2021 22:48:00 | Xfinity, 5 Omni Way, Chelmsford, MA 01824-4142 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5404575 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Philip Charles Briganti | on behalf of Debtor 1 David Gilbert Sutton pbriganti@pa.net |
| Rebecca Ann Solarz | |

        on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David Gilbert Sutton** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3279 <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  \_ \_ \_ \_ <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:21–bk–00876–HWV | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Gilbert Sutton

7/26/21

**By the court:**

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**